UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LENNETT E.,

                Plaintiff,                23 **CIVIL** 1831 (GRJ)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated November 25, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's decision is REVERSED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:** New York, New York
         November 26, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                    **BY:**
                                              **Deputy Clerk**